# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **5:25-cv-02744-DTB**                                   Date: **November 17, 2025**

Title: **Fernando Gastelum v. Eagle Propco 5, LLC**
================================================================

**DOCKET ENTRY**
================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:             ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                                      None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On November 13, 2025, Defendant Eagle Propco 5, LLC appeared and filed an Answer herein. (Docket No. 7). Although Defendant has appeared in this action, Plaintiff has failed to file a proof of service.

Pursuant to Central District of California Local Rule 4-6, Plaintiff must file a proof of service within 14 days of service of the Summons and Complaint. Failure to file a proof of service timely may result in the imposition of sanctions against the Plaintiff, including but not limited to the dismissal of the defendant that was the subject of the proof of service.

Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing **no later than seven days from the date of this Order** why this action should not be dismissed for lack of prosecution as to the Defendant.

It is Plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, Plaintiff must also pursue Rule 55 remedies promptly upon the default of Defendant. All stipulations affecting the progress of the case must be approved by this Court. See L.R. 7-1.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a written response.

MINUTES FORM 11                                                        Initials of Deputy Clerk  RAM
CIVIL-GEN

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice as to Defendant for failure to prosecute and comply with court orders.  <u>See</u> Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**